**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ROBERT LEE WILLIAMS**                                                                       **PLAINTIFF**

**v.**                                             **No. 4:02CV119-P-A**

**LARRY LUCAS, ET AL.**                                                                  **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the plaintiff's April 22 and May 6, 2005, motions for a temporary restraining order or preliminary injunction are hereby **DENIED.**

**SO ORDERED,** this the 10th day of May, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE